Case 5:22-cr-00366-OLG   Document 298   Filed 09/30/24   Page 1 of 1

**FILED**
September 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MAM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:22-CR-00366(4)-OLG |
| § | |
| (4) FELIPE ORDUNA-TORRES § | |

## LIST OF WITNESSES
## SUPPRESSION HEARING

**FOR GOVERNMENT**

1. Manuel Mendoza, Homeland Security Investigations
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

**FOR DEFENDANT**

1. Felipe Orduna-Torres
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15.