# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:22-CR-00366(1)-OLG |
| | § | |
| (1) HOMERO ZAMORANO JR. | § | |

## ORDER RESETTING REARRAIGNMENT

 IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **REARRAIGNMENT** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, January 16, 2025 at 10:00 AM**.

 IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

 IT IS SO ORDERED this 3rd day of January, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE