UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF TEXAS

FILED
FEB 27 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. SA22CR00366-OLG (4) |
| § | |
| FELIPE ORDUNA TORRES § | |
| ARMANDO GONZALEZ-ORTEGA § | |
| Defendants. (7) § | |

### DEFENDANTS OBJECTIONS TO GOVERNMENT'S EXHIBIT LIST

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE:

COME NOW, **FELIPE ORDUNA TORRE** and **ARMANDO GONZALEZ-ORTEGA**, Defendants in the above-styled and numbered cause, by and through his attorney of record Dr. E.R. Báez and file their objections on Government's Exhibit List:

| | |
|---|---|
| Demonstrative 1 through 8 | No Objections |
| 100 Series | No Objections |
| 200 Series | No Objections |
| 300 Series | No Objections Except: |
| 301 Organizational Chart | F.R.E. 402, 403, 901, Argumentative |
| 325 Summary Chart | F.R.E. 402, 403, 901, Confusing |
| 326 Summary Chart | F.R.E. 402, 403, 901, Confusing |
| 400 Series | F.R.E. 402, 403, 801, 901 |
| 500 Series | F.R.E. 402, 403, 801, 901 |
| 600 Series | F.R.E. 402, 403, 801, 901 |
| 700 Series | F.R.E. 402, 403, 801, 901 |

| | |
|---|---|
| 800 Series | F.R.E. 402, 403, 801, 901 |
| 900 Series | F.R.E. 402, 403, 801, 901 |
| 1000 Series | F.R.E. 401, 402, 403, 801, 805 |
| 1100 Series | F.R.E. 401, 402, 403, 404, 801 |
| 1200 Series | No Objections |

Respectfully submitted,

**THE LAW OFFICE OF Dr. E.R. BÁEZ, P.C.**

700 N. St. Mary's Street, Suite 1400
San Antonio, Texas 78205
Tel: (210) 901-5236
Fax: (210) 405-0229

By: /s/ Edgardo R. Báez
_____
E.R. Báez, MDiv, JD, Ph.D.
State Bar No. 24048334
edgar@erbjrlaw.com
Attorney for **FELIPE ORDUNA TORRES
and ARMANDO GONZALEZ-ORTEGA**

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure to United States Attorneys via hand delivery.

/s/ Edgardo R. Baez
_____
E.R. BÁEZ, MDiv, JD, Ph.D.